54 F.3d 773
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 Anthony Edwin HURLEY, Petitioner-Appellant,
v.
Lloyd L. WATERS, Warden; Attorney General of The State of
Maryland, Defendants-Appellees.
 No. 94-7470.
 United States Court of Appeals, Fourth Circuit.
 Submitted: April 20, 1995.
Decided: May 19, 1995.
 
 Anthony Edwin Hurley, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Kimberly Smith Ward, Office of the Attorney General of Maryland, Baltimore, MD, for Appellees.
 Before WIDENER, WILKINSON, and WILKINS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. Sec. 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge, and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Hurley v. Waters, No. CA-93-3759-B (D. Md. Nov. 14, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED